IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ISAIAH J. KENNEDY, | § § § | |
| *Plaintiff,* | § § | SA-23-CV-00470-FB |
| vs. | § § § | |
| EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, NAVY FEDERAL CREDIT UNION, CREDENCE RESOURCE MANAGEMENT, DEPARTMENT OF EDUCATION, CREDIT FIRST NATIONAL ASSOCIATION, T MOBILE, AT&T, AMSHER COLLECTION SERVICES, SANTANDER CONSUMER USA, | § § § § § § § § § § § § | |
| *Defendants.* | § | |

## ORDER RETURNING CASE TO DISTRICT COURT

On this day, the undersigned granted Plaintiff's motion to proceed *in forma pauperis* and ordered service of Plaintiff's Complaint on Defendants. Accordingly, all matters referred to the Magistrate Judge have been considered and acted upon.

**IT IS THEREFORE ORDERED** that the above-entitled and numbered case is **RETURNED** to the District Court for all purposes.

SIGNED this 18th day of May, 2023.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE

1