IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ISAIAH J. KENNEDY, | § | |
| *Plaintiff,* | § | SA-23-CV-00470-FB |
| vs. | § | |
| EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, NAVY FEDERAL CREDIT UNION, CREDENCE RESOURCE MANAGEMENT, DEPARTMENT OF EDUCATION, CREDIT FIRST NATIONAL ASSOCIATION, T MOBILE, AT&T, AMSHER COLLECTION SERVICES, SANTANDER CONSUMER USA, | § | |
| *Defendants.* | § | |

## ORDER

Before the Court in the above-styled cause of action is Plaintiff's Motion to Add Parties [#56]. By his motion, Plaintiff, who is proceeding *pro se*, asks the Court to permit him to add 23 to 26 new individual and entity defendants to this lawsuit. However, Plaintiff did not attach a proposed amended pleading to his motion, which is required by this Court's Local Rules. *See* W.D. Tex. Loc. R. CV-7(b). Rule CV-7(b) requires a party to attach the proposed pleading to the motion as an exhibit, so that the Court may evaluate the pleading and decide whether to permit the amendments. Nor did Plaintiff explain the nature of his factual allegations against each of the proposed new parties. As a result, the Court is not able to determine if leave to amend should be granted under Rule 15. *See Edionwe v. Bailey*, 860 F.3d 287, 294 (5th Cir. 2017). Additionally, the Court has concerns about permitting Plaintiff to add individual

1

members of the Board of Directors, individual executive officers, and others based on the six responses received by the Court, which point out that some of these individuals are not employed by the existing Defendants at this time.

The Court will therefore deny Plaintiff's motion to add parties. Currently any motion for leave to amend pleadings or to add parties is due by January 22, 2024. (Scheduling Order [#65].) The Court will extend this deadline by seven days. If Plaintiff desires to add additional parties and would like the Court to consider a revised request to do so, he must file an amended motion for leave to add parties or to amend pleadings (with the proposed amended complaint attached) on or before January 29, 2024.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion to Add Parties [#56] is **DENIED**.

**IT IS FURTHER ORDERED** that any motion to amend pleadings or add parties must be filed on or before **January 29, 2024**, to be considered timely.

SIGNED this 17th day of January, 2024.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE